PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Miguel Melo                                           Cr.: 02-00680-001

Name of Sentencing Judicial Officer: John W. Bissell, U.S. District Judge

Date of Original Sentence: 06-09-03

Original Offense: Importation of Heroin

Original Sentence: 42 months of imprisonment; 4 years TSR

Type of Supervision: Supervised Release                 Date Supervision Commenced: 06-08-05

### PETITIONING THE COURT

[  ]    To extend the term of supervision for          Years, for a total term of          Years.

[X]    To modify the conditions of supervision as follows.  The addition of the following special
condition(s):

The defendant shall reside for a period of 4 months in a community corrections center, halfway house
or similar residential facility and shall observe all the rules of that facility.  The defendant shall not be
eligible for weekend privileges.  The defendant shall pay subsistence as required by the program.

### CAUSE

The offender submitted urine specimens to Tri-Center, an out-patient drug treatment program on June
8, 19, and June 26, 2006, which were confirmed positive for cocaine.  The offender admitted snorting
cocaine to cope with stress.

Respectfully submitted,

By: Luis R González
Senior U.S. Probation Officer
Date:  10-17-06

THE COURT ORDERS:

[ ✔ ]  The Modification of Conditions as Noted Above
[  ]  The Extension of Supervision as Noted Above
[  ]  No Action
[  ]  Other

_____
Signature of Judicial Officer
10/30/06
Date

PROB 49
(NYEP-10/28/05)

# United States District Court

## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and the assistance of counsel before any unfavorable change(s) may be made in my conditions of Probation and/or Supervised Release or before my period of supervision can be extended. By assistance of counsel, " I understand that I have the right to be represented at a hearing by counsel of my choosing if I am able to retain counsel. I also understand that I have the right to request that the Court appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel. "

    I hereby voluntarily waive my statutory right to a hearing and to the assistance of counsel. I also hereby agree to the following modification (s) of my conditions of Probation and/or Supervised Release or to the proposed extension of my term of supervision:

    The offender shall reside in a community correctional center for a period of 120 days during which time the defendant shall not be permitted to leave the facility except for work, religious observance, or other acceptable reasons as determined by the Probation Department. The defendant shall abide by all the rules and regulations of the community corrections center which shall include a subsistence payment to the facility based on income earned.

Witness: _Mark Aurelus_
U.S. Probation Officer

Signed _Miguel Melo_
Probationer or Supervised

_10/2/06_
Date

Miguel Melo